MICHAEL J. BATAL, special administrator, *vs.* MARY E. FLYNN & another, executrices. March 29, 1963. Decree affirmed. We cannot rule that the special administrator's fee of $7,000 awarded by the Probate Court decree exceeded just and reasonable compensation. See *McMahon* v. *Krapf,* 323 Mass. 118, 123, and cases cited; *Wilson* v. *Askinas,* 325 Mass. 136, 138; *Phelan* v. *McCabe,* 343 Mass. 585, 588–589. The inventory showed a personal estate of $454,804.01 and real estate in New Hampshire valued at $6,000. The probate judge found that the special administrator expended some 360 hours of his time in conducting his administration promptly and carefully. The services which were performed in a period of over a year are set out in detail in the judge's findings. The allowance of $81.86 for expenses is not contested.

*Robert V. O'Sullivan* for the respondents.

*Michael J. Batal, Jr.,* for the petitioner.